**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:                                                    )
                                                          )    Case No.
                Debtor(s).                                )    Hearing Date:

**ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:**
☐ The attorney and the debtor(s) have entered into the Court's Model Retention Agreement.
☐ The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Dismissal of prior case**
☐ A Chapter 13 case of the debtor or debtor's spouse was dismissed within one year of this case filing.

**Fees in prior case(s):** ☐ The attorney has not represented the debtor(s) in any prior bankruptcy case.
☐ The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
  Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid $ _____
  Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid $ _____
  Case no. _____ Chapter ___ Plan confirmed? ☐ Yes ☐ No  Fees paid $ _____

**Fees sought in present case:**
☐ $_____, for services          ☐ $_____, for services          ☐ $_____, for services
through plan confirmation.           through case closing.                after plan confirmation.

**Expense reimbursement:**          ☐     $_____, for filing fee.
                                    ☐     $_____, for expenses **itemized on the attached sheet**.
        Total reimbursement requested: $_____.

**Payment received directly from debtor:** ☐ None     ☐ $ _____.

**Compensation previously awarded in this case:**     ☐ None
          ☐ a total of $_____, pursuant to order(s) entered on the following dates:
                  _____.

**Plan payments**:      $_____ for _____ months.

**Secured debt:** ☐   None   ☐ home mortgage(s) in default   ☐ motor vehicle loans
                  ☐   Other:_____.

**Unsecured debt:**     _____ No. of claims: _____  Total amount: _____
                        To be paid under plan _____%

**Professional time expended:**     _____ attorney hours; _____ paraprofessional hours.

**Itemization of time:**   ☐ Not Submitted   ☐ Attached to this application.

**Hourly rates:** $ _____ attorney; $ _____ paraprofessional.

**Date of Application**: _____         Attorney's signature:_____
                                           [Typed name] [Firm name, address, phone #]

Form No. 23, revised 05/01/07