```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12292
    SARAH BOUIE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-1714


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/10/07 .

    2.  The case was converted to Chapter 7 without confirmation, 11/30/2007.

--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                          PAID            PAID
--------------------------------------------------------------------------
US BANK                  CURRENT MORTG         .00             .00             .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED             .00             .00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER           TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00             .00
PRINCIPAL PAID         .00          .00          .00          .00             .00
INTEREST PAID          .00          .00          .00          .00             .00
TOTAL PAID             .00          .00          .00          .00             .00
The Debtor's attorney, HERZOG & SCHWARTZ PC        , was allowed $       .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/12/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 07 B 12292 SARAH BOUIE
```