**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.   07 B 12292 |
| | ) | |
| SARAH BOUIE | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Bruce Black |

**FINAL REPORT BY DEBTOR IN POSSESSION - LIST OF UNPAID DEBTS**

NOW COMES the Debtor in Possession, by and through her attorneys, David R. Herzog and the law firm of Herzog & Schwartz P.C., and hereby files her final report and schedule of post-petition debts as required by Bankruptcy Rule 1019(5):

1. On July 10, 2007, the Debtor filed a voluntary petition for relief under Chapter 13 of the United State Bankruptcy Code.  Subsequently, the Debtor converted this case to a proceeding under Chapter 11 on November 30, 2007.

2. On September 24, 2008, an order was entered converting the case to a case under Chapter 7 of the Bankruptcy Code and Thomas Sullivan was appointed Interim Trustee.

3. The following is a list of unpaid debts incurred after the conversion of the case to a Chapter 11, including the name and address of each creditor:

| Name and Address of Creditor | Amount Owed |
|---|---|
| Office of the United States Trustee<br>219 S. Dearborn St.  Room 873<br>Chicago, Illinois 60604 | $475.00 |

4. The Debtor has not acquired any property from the date of the conversion of the case to a Chapter 11 proceeding until the date of the conversion order to a Chapter 7 case.

5. The Debtor has not entered into or assumed any executory contracts from the date of

the conversion of the case to a Chapter 11 proceeding until the date of the conversion order to a Chapter 7 case.

                                    Respectfully submitted,

                                    SARAH BOUIE

                                    By:_____
                                          One of he Attorneys

David R. Herzog
Herzog & Schwartz P.C.
Attorneys for the Debtor
77 W. Washington St. #1717
Chicago, Illinois 60602
(312) 977-1600